**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIO ALEXANDER NUNGARAY,<br><br>    Petitioner,<br><br> v.<br><br>HEDGEPETH A., Warden,<br><br>    Respondent. | NO. CV 12-762-JST (E)<br><br><br>JUDGMENT |

  Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

  DATED: August 6, 2012.

           /s/ Josephine Tucker
          _____
           JOSEPHINE STATON TUCKER
          UNITED STATES DISTRICT JUDGE